## GRIFFING v. GISLASON et al.

(Opinion filed, November 16, 1906.)

Appeal from Circuit Court, Deuel County. Hon. GEORGE H. MARQUIS, Judge.

Action by Flora A. Griffing against Effie C. Gislason and others. From a judgment for plaintiff, defendants appeal. Affirmed.

*T. J. Law* and *Hall, Lawrence* & *Roddle,* for appellants. *Hanten* & *Loucks,* for respondent.

FULLER, P. J.   The only question presented by this appeal has been decided at this term in favor of plaintiff on the same state of facts and in an action between the same parties. Griffing v. Gislason, 21 S. D. — 109 N. W. 646.

For the reason stated in that opinion, the repetition of which would accomplish no useful purpose, the judgment appealed from is affirmed.

CORSON, J., not sitting.